# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | | |
|---|---|---|
| **United States of America,** | ) | CASE NO.:  8:19-CR-00181-DCC-7 |
| | ) | |
| v. | ) | MOTION FOR EARLY |
| | ) | TERMINATION HEARING |
| **Eddie Lee Childs,** | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Defendant, Eddie Lee Childs, by and through his undersigned counsel, William G. Yarborough, and would respectfully move this Honorable Court for a hearing to determine Defendant's eligibility to terminate Defendant's supervised release.

Judgement for Defendant was entered on August 25, 2020.  Mr. Childs was sentenced to time served followed by a term of supervised release for three years that included home detention. September 11, 2020, the Honorable Donald Coggins, Jr. granted a modification of release, permitting Mr. Child's participation in grocery shopping and childcare.  On March 2, 2021, the Honorable Donald Coggins, Jr. granted a modification of the conditions of Defendant's supervised release to eliminate home detention and replace it with GPS tracking and a curfew of 8:00AM to 9:00 PM daily.  Mr. Childs has completed approximately 715 days of supervised release.  During Mr. Child's time of supervised release, he has complied with all conditions imposed upon him.

Counsel contacted United States Probation for their position.  They consent to filing the motion and have agreed to investigate as to whether Defendant qualifies for early termination.

Therefore, based on the foregoing, the Defendant moves that this Court grant a hearing to determine Defendant's eligibility for termination of supervised release.

(Signature continued on next page)

                Respectfully Submitted,

                <u>s/William G. Yarborough</u>
                Attorney for the Defendant
                308 W. Stone Avenue,
                Greenville, SC 29609
Spartanburg, SC       (864) 370-9777
August 15, 2022       Bar #06943